UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ARI WEITZNER, M.D., P.C., Individually and on
Behalf of All Others Similarly Situated,

                        Plaintiff,

-against-

SCITON, INC.,

                        Defendant.
---------------------------------------------------------------X

JUDGMENT
05-CV-2533 (SLT)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y.
★ SEP 2 8 2007 ★
P.M. _____
TIME A.M. _____

        An Order of Honorable Sandra L. Townes, United States District Judge, having been filed on September 28, 2007, granting defendant's motion to dismiss for lack of subject matter jurisdiction; it is

        ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that judgment is hereby entered granting defendant's motion to dismiss for lack of subject matter jurisdiction.

Dated: Brooklyn, New York
        September 28, 2007

s/ RCH
ROBERT C. HEINEMANN
Clerk of Court